IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALONZO GILLIAM III,
ADC #98194                                                                            PLAINTIFF

v.                          Case No. 2:17-cv-00021 KGB-PSH

ARIC W. SIMMONS, CAPTOLA M. CLINKSCALE,
BRETT C. BUTLER, GERALDINE CAMPBELL,
TAMMY KIMBLE, AMY ROWLAND, and
TEKELIA WILLIAMS                                                                      DEFENDANTS

## ORDER

The Court has received Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 90). Separate defendants Geraldine Campbell, Tammy Kimble, and Amy Rowland have filed objections to the Findings and Partial Recommendation (Dkt. No. 91). Plaintiff Alonzo Gilliam III filed objections to the Findings and Partial Recommendation (Dkt. No. 96).

After a review of the Findings and Partial Recommendation, the parties' objections, as well as a *de novo* review of the record, the Court adopts the Findings and Partial Recommendation in its entirety (Dkt. No. 90). Defendants Dr. Brett Butler, Aric W. Simmons, Captola Clinkscale, Geraldine Campbell, Tammy Kimble, Amy Rowland, and Tekelia Williams' motion for partial summary judgment is granted in part and denied in part (Dtk. No. 57).

The Court orders as follows:

1.      Mr. Gilliam's claims against Mr. Simmons are limited to his encounters with Mr. Simmons on April 14, 2015; May 26, 2015; June 30, 2015; August 10, 2015; October 5, 2015; the delay in treatment prior to Mr. Gilliam's diagnosis on September 21, 2015; and Mr. Gilliam's corrective inaction claim;

2. Mr. Gilliam's claims against Dr. Butler are limited to the May 16, 2015, bleeding incident and Mr. Gilliam's corrective inaction claim;

3. Mr. Gilliam's claims against Ms. Clinkscale are limited to the May 16, 2015, bleeding incident and Mr. Gilliam's corrective inaction claim;

4. Mr. Gilliam's claims against Ms. Williams are limited to the August 17, 2015, bleeding incident; and

5. Mr. Gilliam's claims against Ms. Campbell, Ms. Kimble, and Ms. Rowland are limited to Mr. Gilliam's corrective inaction claim.

It is so ordered this 29th day of August, 2018.

Kristine G. Baker
United States District Judge