# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ALONZO GILLIAM III,**
**ADC #98194**                                                                 **PLAINTIFF**

**v.**            **Case No. 2:17-cv-00021-KGB-PSH**

**ARIC W. SIMMONS, CAPTOLA M. CLINKSCALE,**
**BRETT C. BUTLER, GERALDINE CAMPBELL,**
**TAMMY KIMBLE, AMY ROWLAND, and**
**TEKELIA WILLIAMS**                                                           **DEFENDANTS**

## ORDER

The Court has received Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 127). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 127). Accordingly, the Court grants defendants' motion for summary judgment (Dkt. No. 115) and dismisses with prejudice plaintiff Alonzo Gilliam, III's claims.

It is so ordered this 26th day of August, 2019.

_____
Kristine G. Baker
United States District Judge