IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALONZO GILLIAM III,
ADC #98194                                                                                        PLAINTIFF

v.                         Case No. 2:17-cv-00021-KGB-PSH

ARIC W. SIMMONS, CAPTOLA M. CLINKSCALE,
BRETT C. BUTLER, GERALDINE CAMPBELL,
TAMMY KIMBLE, AMY ROWLAND, and
TEKELIA WILLIAMS                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the action is dismissed with prejudice.

It is so adjudged this 26th day of August, 2019.

_____
Kristine G. Baker
United States District Judge